IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

J.D.E, MOTHER OF B.R.H.
AND J.R.A.H., MINOR
CHILDREN, AND J.H.,
NATURAL FATHER,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-4124

        Appellant,

v.

FLORIDA DEPARTMENT OF
CHILDREN AND FAMILIES,

        Appellee.

_____/

Opinion filed April 6, 2017.

An appeal from the Circuit Court for Jackson County.
William L. Wright, Judge.

J.D.E., pro se, Appellant; Ryan Thomas Truskoski, Ryan Thomas Truskoski, P.A.,
Orlando, for Appellant J.H.

Kelley Schaeffer, Department of Children & Families, Bradenton; Wendie
Michelle Cooper, Guardian Ad Litem, Sanford, for Appellee.

PER CURIAM.

        AFFIRMED.

ROBERTS, C.J., MAKAR, and JAY, JJ., CONCUR.